Filed 11/1/17

# IN THE SUPREME COURT OF CALIFORNIA

CALIFORNIA CANNABIS COALITION )
et al., )
)
   Plaintiffs and Appellants, )
)     S234148
   v. )
)     Ct.App. 4/2 E063664
CITY OF UPLAND et al., )
)     San Bernardino County
   Defendants and Respondents. )   Super. Ct. No. CIVDS1503985
_____ )

### ORDER MODIFYING OPINION AND
### DENYING PETITION FOR REHEARING

THE COURT:

The opinion in this matter filed on August 28, 2017, and appearing in the California Official Reports at 3 Cal.5th 924, is modified as follows:

At the end of the paragraph beginning at the bottom of page 931 and ending at the top of page 932, the following footnote is added:

> On October 13, 2017, the Governor signed Assembly Bill No. 765, repealing section 9214 effective January 1, 2018. (Stats. 2017, ch. 748, § 6.) After the bill's effective date, initiative proponents will no longer be able to request a special election. Nonetheless, a city council may still choose to hold a special election on an ordinance proposed by initiative petition. (§ 1405, subd. (b), as amended by Stats. 2017, ch. 748, § 1, eff. Jan. 1, 2018.) Repeal of section 9214 has no effect on the parties' rights and obligations in this action.

This modification does not affect the judgment.

The petition for rehearing, filed on September 12, 2017, is denied.

1